IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00065-PAB-MEH

ANNE C. BARNES,

     Plaintiff,

v.

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,

     Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 28, 2014.**

     Defendant's unopposed Motion to Vacate and Reschedule Scheduling Conference [filed February 28, 2014; docket #9] is **granted in part and denied in part**. The Scheduling Conference currently set for April 14, 2014 is **vacated and rescheduled to April 15, 2014**, at **9:45 a.m.** in Courtroom A501 on the fifth floor of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Denver, Colorado. Absent exceptional circumstances, no request for rescheduling will be entertained unless made **five business days prior** to the date of the conference.

     All other aspects of this Court's January 27, 2014 order remain in effect.